ABBOT v. KNIGHT, OF PLAINFIELD, IN THE COUNTY OF WINDHAM.

A judgment creditor in another state may elect either to prosecute his bail there, or bring debt upon the judgment here.

ACTION of debt on a judgment recovered before the Superior Court in the state of Rhode Island, in an adversary

suit, for £23 6s. 5d. by verdict of a jury; on which the plaintiff took out an execution, which had been duly returned *non est inventus*, and said judgment and execution remained wholly unpaid and unsatisfied.

Plea in bar — That the defendant was attached in the aforesaid suit, and that he procured and caused to be given good and sufficient bond with surety of said state of Rhode Island, that he would appear and answer said suit, and abide the final judgment that should be rendered therein, and that the plaintiff had complete and adequate remedy against his said bondsmen in said state of Rhode Island, they being alive and abundantly able to satisfy said judgment, and who had ever stood ready to pay and satisfy the same in the good and lawful money of said state, and did tender £62 in payment of this and another judgment, which the plaintiff refused to accept, and said bail had offered to turn out estate to satisfy said execution.

The plaintiff replied, that the sum tendered by said bail, in payment of said execution, was paper money of said state. Demurrer.

Judgment — That the reply of the plaintiff is sufficient. The plaintiff has his election to take his remedy by *scire facias* against the bail in the state of Rhode Island, or to bring an action of debt upon the judgment against the defendant in this state.